# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD SAGA, AN INDIVIDUAL;
SOPHIE IDEKER, AN INDIVIDUAL;
MARK MIYAOKA, AN INDIVIDUAL;
AND ROBERT TANKO, INDIVIDUAL,
　　　　　　Appellants,
　　　vs.
GARNIK HAKOPYAN, AN
INDIVIDUAL,
　　　　　　Respondent.

No. 82570

FILED

JUL 1 4 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion to set aside a default judgment. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

When our preliminary review of the docketing statement and the NRAP 3(g) documents revealed a potential jurisdictional defect, we directed appellants to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appears the notice of appeal is untimely from the only appealable order. *See* NRAP 4(a)(1); NRAP 26(c); NRAP4 (a)(4)(C). The order to show cause cautioned appellants that failure to demonstrate that this court has jurisdiction may result in the dismissal

21-20290

of this appeal. Appellants' response was due to be filed on or before May 27, 2021.

To date, appellants have failed to respond to the order to show cause or to otherwise demonstrate that this court has jurisdiction to consider this appeal. Accordingly, it appears we lack jurisdiction, and we ORDER this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:    Hon. Timothy C. Williams, District Judge
       Stephen E. Haberfeld, Settlement Judge
       The Law Offices of Curtiss S. Chamberlain
       Wiley Petersen
       Eighth District Court Clerk